

**Service of Process Transmittal**
02/18/2016
CT Log Number 528666311

| | |
|---|---|
| **TO:** | Brett Coco<br>LifePoint Health, Inc.<br>330 Seven Springs Way<br>Brentwood, TN 37027-5098 |
| **RE:** | Process Served in Kentucky |
| **FOR:** | Lake Cumberland Regional Hospital, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STACY A. FONCANNON, Pltf. vs. Lake Cumberland Regional Hospital, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Pulaski County Circuit Court, KY<br>Case # 16CI00122 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - On or about February 17, 2015 - Lake Cumberland Regional Hospital, LLC |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/18/2016 postmarked on 02/12/2016 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey T. Sampson<br>The Sampson Law Firm<br>450 South Third Street, 4th Floor<br>Louisville, KY 40202<br>(502) 584-5050 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/18/2016, Expected Purge Date: 02/23/2016<br><br>Image SOP<br><br>Email Notification,  Brett Coco  brett.coco@lpnt.net<br><br>Email Notification,  David Fausett  david.fausett@lpnt.net<br><br>Email Notification,  Debbie McGee  debbie.mcgee@lpnt.net<br><br>Email Notification,  Melissa Todd  melissa.todd@lpnt.net<br><br>Email Notification,  Michelle Walker  MICHELLE.WALKER@LPNT.NET<br><br>Email Notification,  Felicia Johnson  felicia.johnson@lpnt.net<br><br>Email Notification,  Virginia Smith  Virginia.smith2@lpnt.net |

Page 1 of  2 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
02/18/2016
CT Log Number 528666311

| | |
|---|---|
| **TO:** | Brett Coco<br>LifePoint Health, Inc.<br>330 Seven Springs Way<br>Brentwood, TN 37027-5098 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | Lake Cumberland Regional Hospital, LLC  (Domestic State: DE) |

| | |
|---|---|
| SIGNED: | C T Corporation System |
| ADDRESS: | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| TELEPHONE: | 410-539-2837 |

Page 2 of  2 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

GEORGE F. FLYNN
CIRCUIT COURT CLERK
P.O. BOX 664
SOMERSET, KY 42502

7015 1520 0003 1037 2283

U.S POSTAGE >> PITNEY BOWES
ZIP 42501 $ 007.23
02 1W
0001375878 FEB 12 201

Lake Cumberland Reg. Hospital LLC.
Serv CT Corporation System
306 W. Main Street Suite 512
Frankfort, Ky 40601

| AOC-105　　Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice　www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 16-CI-00122<br>Court　☑ Circuit ☐ District<br>County　Pulaski　II |
|---|---|---|

**PLAINTIFF**

STACY A. FONCANNON

VS.

**DEFENDANT**

LAKE CUMBERLAND REGIONAL HOSPITAL, LLC

305 LANGDON STREET

SOMERSET　　　　　Kentucky　　　　　42503

**Service of Process Agent for Defendant:**

CT CORPORATION SYSTEM

306 WEST MAIN STREET

SUITE 512

FRANKFORT　　　　　Kentucky　　　　　40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _2/11_, 2____　　By: _[signature]_　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

　　　　　　　　　　　　Served by: _____

　　　　　　　　　　　　　　　　　　_____ Title

NO. 16-CI-00122

PULASKI CIRCUIT COURT
DIVISION II
JUDGE

**STACY A. FONCANNON**      **PLAINTIFF**

v.

**LAKE CUMBERLAND REGIONAL HOSPITAL, LLC**
    Serve: CT Corporation System
           306 West Main Street
           Suite 512
           Frankfort, KY 40601      **DEFENDANT**



FILED
GEORGE FLYNN, CLERK
FEB 11 2016
PULASKI CIRC DIST COURT
BY_____D.C.

## COMPLAINT

Comes the Plaintiff, Stacy Foncannon, by and through counsel, and for her cause of action against the Defendant states as follows:

### I.

At all times material hereto, the Plaintiff was a resident of the Commonwealth of Kentucky.

### II.

At all times material hereto, the Defendant was a foreign limited liability company organized in the state of Delaware active and in good standing and doing business in the Commonwealth of Kentucky for profit. The agent for service of process is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

### III.

On or about February 17, 2015, the Defendant, by and through its agents and/or employees deviated from the generally accepted standard of care in their treatment of Plaintiff, Stacy A. Foncannon. Said negligence includes, but was not limited to, the negligent perforation of the Plaintiff's small bowel.

## IV.

As a direct and proximate result of the negligence of the Defendant, by and through its agents and/or employees, the Plaintiff has suffered permanent personal injury, she has incurred medical expense and will incur such expense in the future, she has lost income and her capacity to earn money has been permanently impaired and she has and will in the future endure pain and suffering, both physical and mental.

WHEREFORE, the Plaintiff demands for judgment against Defendant in an amount sufficient to establish the jurisdiction of this Court, for her costs herein expended, and for any and all other just and proper relief to which she may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

*/s/ Jeffrey T. Sampson*
Jeffrey T. Sampson
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 584-5050
Facsimile: (502) 584-5055
ATTORNEY FOR PLAINTIFF