UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| STACY A. FONCANNON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 16-039-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHEASTERN EMERGENCY | ) | **JUDGMENT** |
| PHYSICIANS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Judgment is entered in favor of the Defendant Southeastern Emergency Physicians, LLC, with respect to all claims asserted against it by Plaintiff Stacy A. Foncannon.

2.     This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 11th day of April, 2017.



Signed By:
Danny C. Reeves   DCR
United States District Judge

- 1 -